**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | | |
|---|---|---|
| Case No: | 17-21936      RDB      Judge:      Robert D. Berger | Trustee Name:      Christopher J. Redmond Ch7 Trustee |
| Case Name: | Joshua David Crosland | Date Filed (f) or Converted (c):    10/04/2017 (f) |
| | Bethany Leann Crosland | 341(a) Meeting Date:      11/09/2017 |
| For Period Ending: | 03/31/2018 | Claims Bar Date:      06/29/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 1. 3409 Nw Harold Court<br>Topeka Ks 66618-0000 Shawnee | 194,230.00 | 0.00 | | 0.00 | FA |
| 2. 2004 Chevrolet Tahoe | 8,625.00 | 0.00 | | 0.00 | FA |
| 3. 2010 Nissan Murano | 13,575.00 | 0.00 | | 0.00 | FA |
| 4. 2015 Jim's Trailers 77" X 16' Slg  Flatbed Utility Trailer V | 700.00 | 700.00 | | 0.00 | FA |
| 5. Household Furniture, Goods, And Appliances Location: 3409 Nw | 5,000.00 | 0.00 | | 0.00 | FA |
| 6. 3 Tvs, 3 Cellphones, 2 Laptops, 4 Tablets, Nintendo Ds, Blue | 1,500.00 | 0.00 | | 0.00 | FA |
| 7. Treadmill Location: 3409 Nw Harold Ct., Topeka Ks 66618 | 150.00 | 0.00 | | 0.00 | FA |
| 8. Handtools Location: 3409 Nw Harold Ct., Topeka Ks 66618 Debt | 0.00 | 0.00 | | 0.00 | FA |
| 9. Taurus Pt 111, 2 Children Bb Guns Location: 3409 Nw Harold C | 120.00 | 120.00 | | 0.00 | FA |
| 10. Clothes Location: 3409 Nw Harold Ct., Topeka Ks 66618 | 500.00 | 0.00 | | 0.00 | FA |
| 11. Wedding Rings, Earings, And Costume Jewelry Location: 3409 N | 0.00 | 0.00 | | 0.00 | FA |
| 12. 1 Dog Location: 3409 Nw Harold Ct., Topeka Ks 66618 | 0.00 | 0.00 | | 0.00 | FA |
| 13. 2 Cpap Machines No Value, Cpap Cannot Be Sold On The Seconda | 0.00 | 0.00 | | 0.00 | FA |
| 14. Us Bank | 0.00 | 0.00 | | 0.00 | 0.00 |
| 15. Us Bank | 0.00 | 0.00 | | 0.00 | 0.00 |
| 16. Us Bank | 0.00 | 0.00 | | 0.00 | 0.00 |
| 17. Captital Federal | 0.00 | 0.00 | | 0.00 | 0.00 |
| 18. Capital Federal | 0.00 | 0.00 | | 0.00 | 0.00 |
| 19. Heavens Thunder Fx Llc Dissolved By Sos Because Llc Was Not | 0.00 | 0.00 | | 0.00 | FA |
| 20. Principle Financial Services Inc | 2,446.25 | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 17-21936 | RDB | Judge: | Robert D. Berger | Trustee Name: | Christopher J. Redmond Ch7 Trustee |
|---|---|---|---|---|---|---|
| Case Name: | Joshua David Crosland | | | | Date Filed (f) or Converted (c): | 10/04/2017 (f) |
| | Bethany Leann Crosland | | | | 341(a) Meeting Date: | 11/09/2017 |
| For Period Ending: | 03/31/2018 | | | | Claims Bar Date: | 06/29/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 21.  Tax Refunds Owed By Kansas To Debtors With The Combined Amo | 51.00 | 51.00 | | 0.00 | 51.00 |
| 22.  Richard Meyers Owes Child Support Arrears To Beth Crosland | 19,500.00 | 0.00 | | 0.00 | FA |
| 23.  Pro Rata Portion of 2017 Income Tax Refunds (u)  Trustee Value based on 2016 refunds and date of filing | 4,000.00 | 4,000.00 | | 1,959.49 | FA |
| INT.  VOID (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

| | | | | | |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | | $250,397.25 | $4,871.00 | $1,959.49 | $51.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

11/09/17 - Per Trustee, to hold matter open at this time
12/12/17 - Initial Interim Report
12/27/17 - Correspondence to counsel regarding 2017 returns and refunds
03/13/18 - Correspondence to counsel regarding 2017 returns and refunds
03/20/18 - Review of 2017 income tax returns; total refunds $2,582; no EIC; based on date of filing 277 days to estate = $1,959.49; Correspondence to counsel for turnover in the amount of $1,959.49, plus copies of bank statements showing balances on date of filing for 5 accounts scheduled
03/20/18 - Notice of Recovery
** Claims Bar Date 06/29/18 **
04/18/18 - Correspondence to counsel inquiring as to any personal injury claim or other damages to the debtors regarding an accident involving the 2010 Nissan Murano which was totaled

Initial Projected Date of Final Report (TFR): 05/01/2019    Current Projected Date of Final Report (TFR): 05/01/2019

Trustee Signature:    /s/ Christopher J. Redmond Ch7 Trustee       Date: 04/30/2018

Christopher J. Redmond Ch7 Trustee
Redmond Law Firm, LLC
6731 W. 121st Street, Suite 226
Overland Park, KS  66209
(816) 283-4672

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 17-21936

Case Name: Joshua David Crosland

Bethany Leann Crosland

Taxpayer ID No: XX-XXX5492

For Period Ending: 03/31/2018

Trustee Name: Christopher J. Redmond Ch7 Trustee

Bank Name: Union Bank

Account Number/CD#: XXXXXX1623

Checking

Blanket Bond (per case limit): $25,100,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/23/18 | 23 | Joshua and Bethany Crosland | Turnover Per Request | 1224-000 | $1,959.49 | | $1,959.49 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $1,959.49 | $0.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $1,959.49 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $1,959.49 | $0.00 |

Page Subtotals:  $1,959.49  $0.00

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX1623 - Checking | $1,959.49 | $0.00 | $1,959.49 |
|  | $1,959.49 | $0.00 | $1,959.49 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $1,959.49 |
| Total Gross Receipts: | $1,959.49 |

Trustee Signature:        /s/ Christopher J. Redmond Ch7 Trustee        Date: 04/30/2018

Christopher J. Redmond Ch7 Trustee
Redmond Law Firm, LLC
6731 W. 121st Street, Suite 226
Overland Park, KS  66209
(816) 283-4672