IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

In Re: )
  )  Case No. 17-21936-7 RDB
JOSHUA DAVID CROSLAND )
BETHANY LEANN CROSLAND )
  Debtors. )

NOTICE OF REQUEST TO THE BANKRUPTCY CLERK'S OFFICE

The Trustee, Christopher J. Redmond, asks that the Bankruptcy Clerk's office provide the following information to help the Trustee in closing this case:

**Nominal Assets** _____     **Asset Case**   __X__

**Calculation of Court Costs:**

| | | |
|---|---|---|
| a) | Adversary filing fees | $_____ |
| b) | Reopening fee | $_____ |
| c) | Notices, or (check) "noticing fees paid previously" | $_____ $_____ |
| d) | Certifications | $_____ |
| e) | Appeals | $_____ |
| f) | Filing Fee – (Unpaid by Debtor) | $_____ |
| **TOTAL COSTS** | | None |

Dated: June 29, 2018

*s/ Christopher J. Redmond*
CHRISTOPHER J. REDMOND, KS BAR # 7307
Chapter 7 Trustee
*REDMOND LAW FIRM, LLC*
6731 W. 121st Street, Suite 226
Overland Park, KS  66209
Telephone:  (913) 312-5675
Facsimile: (913) 312-5841
christopher.redmond@christopherredmondlawfirm.com