IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

In Re:                                )
                                      )   Case No. 17-21936-7 RDB
JOSHUA DAVID CROSLAND                 )
BETHANY LEANN CROSLAND                )
                  Debtors.            )

OBJECTION TO CLAIM #1-1 FILED BY HEIDI CROSLAND,
COMBINED WITH NOTICE

COMES NOW the Chapter 7 Trustee of the above and foregoing bankruptcy estate, Christopher J. Redmond (the "Trustee"), and hereby files this Objection to Claim #1-1 filed herein by Heidi Crosland states as follows:

1. Claim #1-1 was filed by Heidi Crosland, 617 Lawrence Street, Carbondale, Kansas, 66414, in the amount of $7,400.00 for "money loaned".

2. There are no supporting documents attached to Claim #1-1.

3. There is a scheduled unsecured debt within the Debtors' Schedules to Heidi Crosland in the amount of $7,400.00 noted as "money loaned".

4. The Claimant, Heidi Crosland, appears to be an insider of the Debtors, and should be placed on strict proof regarding this Claim.

Therefore, the Trustee requests that Claim #1-1 of Heidi Crosland at this time be denied in its entirety and disallowed participation in any distribution in this matter, unless within the time frame provided herein, Claimant can provide evidence to the Trustee that this is a pre-petition debt of the above-named Debtors, however, the Trustee places this Claimant on strict proof due to the fact, Claimant appears to be an insider of the Debtors.

DATED: July 9, 2018

                Respectfully Submitted,

                *s/ Christopher J. Redmond*
                CHRISTOPHER J. REDMOND, KS BAR #7307
                Chapter 7 Trustee
                *REDMOND LAW FIRM, LLC*
                6731 W. 121st St., Suite 226
                Overland Park, KS  66209
                Telephone:  913-312-5675
                Facsimile:   913-312-5841
                christopher.redmond@christopherredmondlawfirm.com

NOTICE OF OBJECTION AND DEADLINE FOR WRITTEN RESPONSE

TO: HEIDI CROSLAND
617 Lawrence Street
Carbondale, KS 66414
*Claimant*

JOSHUA DAVID CROSLAND
BETHANY LEANN CROSLAND
3409 NW Harold Ct.
Topeka, KS 66618
*Debtors*

NOTICE IS HEREBY GIVEN that unless you file a written response to the above Objection with the Clerk of the United States Bankruptcy Court, 161 U.S. Courthouse, 500 State Avenue, Kansas City, Kansas, 66101, and request a hearing on or before **July 30, 2018**, the Court will sustain the Trustee's Objection without further notice. If you file a response, the Court will conduct a hearing on **August 16, 2018, at 9:30 a.m.**, or as soon thereafter as the Court may hear the same, at the U. S. Courthouse, 500 State Avenue, Courtroom 151, Kansas City, Kansas.

*s/ Christopher J. Redmond*
CHRISTOPHER J. REDMOND
Chapter 7 Trustee
Of the Bankruptcy Estate of
JOSHUA DAVID CROSLAND
BETHANY LEANN CROSLAND

CERTIFICATE OF MAILING

I hereby certify that on July 9, 2018, the above and foregoing document was filed electronically using CM/ECF and a true and correct copy of this document was served as follows:

__X__ upon filing, the CM/ECF system sent notification to:

U.S. Trustee  ustpregion20.wi.ecf@usdoj.gov

Adam M Mack on behalf of Debtor Joshua David Crosland
igotnotices.kansasjustice@gmail.com,
adam.mack@kansasjustice.com;mackar73496@notify.bestcase.com

Adam M Mack on behalf of Joint Debtor Bethany LeAnn Crosland
igotnotices.kansasjustice@gmail.com,
adam.mack@kansasjustice.com;mackar73496@notify.bestcase.com

Valerie L Smith on behalf of Creditor PRA Receivables Management, LLC
claims@recoverycorp.com

and, any and all other parties, if any, participating in the CM/ECF system in this matter as shown within the receipt generated at the time of the filing of this Objection and Notice; and

__X__ via U.S. mail, first class, postage prepaid and properly addressed to:

HEIDI CROSLAND
617 Lawrence Street
Carbondale, KS  66414
*Claimant*

JOSHUA DAVID CROSLAND
BETHANY LEANN CROSLAND
3409 NW Harold Ct.
Topeka, KS 66618
*Debtors*

                                                *s/ Cynthia Houser*